```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant United States Attorney
 3  Telephone: (916) 554-2700
    AMITA BAMAN TRACY
 4  Special Assistant United States Attorney
    Telephone: (415) 977-8943
 5  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 6
    Attorneys for Defendant
 7
                    UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
    VAN T. TRUONG,                  )  Case No. 2:05-CV-02571-PAN (JFM)
10                                  )
         Plaintiff,                 )  STIPULATION TO REDACT
11                                  )  EXTRA-PARTY INFORMATION FROM
    v.                              )  THE CERTIFIED ADMINISTRATIVE
12                                  )  TRANSCRIPT AND LODGE THE
    JO ANNE B. BARNHART,            )  REDACTED TRANSCRIPT IN THIS
13  Commissioner of                 )  ACTION; [PROPOSED] ORDER
    Social Security,                )
14                                  )
         Defendant.                 )
15  _____)
```

16     The parties to the above-captioned action, by and through

17 their undersigned attorneys, hereby stipulate as follows:

18     1) Page 9 of the Certified Administrative Transcript

19 contains confidential extra-party information pertaining to

20 individuals other than Plaintiff;

21     2) Said extra-party information shall be redacted from page

22 9 of the Certified Administrative Transcript, as well as from all

23 copies of said Transcript, by the Assistant United States

24 Attorney and the Assistant Regional Counsel; Plaintiff's attorney

25 shall destroy the unredacted version of page 9 provided to her

26 for the purpose of reaching this agreement.  The Certified

**1**

1  Administrative Record, thus redacted, shall then be lodged in
2  this action and served upon Plaintiff.
3       3)  The above-mentioned confidential extra-party
4  information, mistakenly included in the Transcripts, will not be
5  disclosed to anyone.
6       4) The inadvertent inclusion of the above-mentioned
7  information in the Certified Administrative Transcript will not
8  be a basis for a claimed error.
9
10 DATED: April 10, 2006      By:   /s/ Bess M. Brewer
                                   BESS M. BREWER
11                                 Attorney at Law
                                   Attorney for Plaintiff
12
   DATED: April 18, 2006           McGREGOR W. SCOTT
13                                 United States Attorney
14
15                            By:   /s/ Bobbie J. Montoya
                                   BOBBIE J. MONTOYA
16                                 Assistant United States Attorney
17                                 Attorneys for Defendant
18
19                                 ORDER
20
   APPROVED AND SO ORDERED.
21
22 DATED: April 18, 2006.
23
24                            _____
                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28                                    2