1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN T. TRUONG<br>xxx-xx-3615<br><br>       Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>**Commissioner of Social Security<br>of the United States of America,**<br><br>       Defendant. | Case No. CIV - S -05 - 2571 PAN (JFM)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of June 12, 2006 to July 3, 2006.   This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

Dated:  June 12, 2006           /s/Bess M. Brewer
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: June 12, 2006            McGregor W. Scott
                                United States Attorney

                                By: /s/Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant U.S. Attorney

                                Attorney for Defendant

1

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/truong.eot