1 | BESS M. BREWER, #100364
1023 H Street, Suite B5
2 | Sacramento, CA 95814
Telephone: (916) 448-8600
3 | Facsimile: (916) 448-8605

4 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN T. TRUONG<br>xxx-xx-3615<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV S-05-2571 PAN (JFM)<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of July 3, 2006 to July 7, 2006. This extension is necessary due to Plaintiff's counsel's heavy briefing schedule.

Dated: July 3, 2006            /s/Bess M. Brewer
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: July 20, 2006           McGregor W. Scott
                               United States Attorney

                               By: /s/Bobbie J. Montoya
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney

                               Attorney for Defendant

1

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Truong.eot2.ss.wpd