1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN T. TRUONG<br>xxx-xx-3615<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV S-05-2571 PAN (JFM)<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended until July 11, 2006. Due to computer problems, plaintiff's counsel was unable to recover the entire brief until late July 10, 2006 and had to reconstruct major portions.

Dated: July 11, 2006  /s/Bess M. Brewer
                       BESS M. BREWER
                       Attorney at Law
                       Attorney for Plaintiff

Dated: July 20, 2006   McGregor W. Scott
                       United States Attorney

                       By: /s/Bobbie J. Montoya
                       BOBBIE J. MONTOYA
                       Assistant U.S. Attorney
                       Attorney for Defendant

1

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Truong.eot3.ss.wpd