McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
AMITA BAMAN TRACY
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VAN T. TRUONG, | Case No. 2:05-CV-02571-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter. The current due date is SEPTEMBER 12, 2006. The new due date will be OCTOBER 12, 2006.

/////

/////

/////

/////

Stip & Proposed Order Re Ext of D's Time 05-2571-PAN (JFM)     Page 1

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

4  /s/ Bess M. Brewer
        (*As authorized on* SEPTEMBER 11, 2006)
5  BESS M. BREWER
   Attorney at Law

   Attorney for Plaintiff

9  McGREGOR W. SCOTT
   United States Attorney
   BOBBIE J. MONTOYA
10 Assistant U.S. Attorney

12 By:  /s/ Bobbie J. Montoya for
            (*As signed on* SEPTEMBER 11, 2006)
   AMITA BAMAN TRACY
13 Special Assistant U.S. Attorney

14 Attorneys for Defendant

OF COUNSEL:
16 LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
17 UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:  September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

25 13
Truong.eot.ss.wpd