McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
AMITA BAMAN TRACY
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VAN T. TRUONG,<br><br>        Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:05-2571-PAN (JFM)<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the Administrative Law Judge (ALJ) will

1. reweigh, if warranted, based on the additional evidence, the medical opinion of Dr. Leba, as well as the GAF rating;

2. reevaluate Plaintiff's mental impairment;

3. if necessary, obtain the signed report from Dr. Le;

4. attempt to obtain medical records and opinions from Dr. Le and Dr. Sutter; and

|   |   |   |
|---|---|---|
| 1 | 5. | attempt to obtain updated records, if any, from Dr. Leba and treatment records |
| 2 |   | from Deaconess at Bethany, and, if unsuccessful, document the record with the |
| 3 |   | attempt made. |

The ALJ will also give Plaintiff an opportunity for another hearing.

It is further stipulated that the administrative decision giving rise to this action is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/s/ Bess M. Brewer
    *(As authorized on* OCTOBER 10, 2006)
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
    *(As signed on* OCTOBER 10, 2006)
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: October 26, 2006.

[signature]
UNITED STATES MAGISTRATE JUDGE

13
Truong.stipord.remand.ss.wpd