McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
AMITA BAMAN TRACY
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN T. TRUONG,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-02571-PAN (JFM)<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that

counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the

amount of SIX THOUSAND ONE HUNDRED AND 00/100 DOLLARS ($6,100.00), for

compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d),

thereby constituting a compromise settlement for all fees under the EAJA in this action, but not

constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any

and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

1   prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

2

3   DATE: November 22, 2006        /s/ Bess M. Brewer (as authorized on November 22, 2006)
                                        BESS M. BREWER
4                                       Attorney at Law

5                                       Attorney for Plaintiff

6

7   DATE: November 22, 2006        McGREGOR W. SCOTT
                                        United States Attorney
                                        BOBBIE J. MONTOYA
8                                       Assistant U.S. Attorney

9
                                   By:    /s/ Bobbie J. Montoya for
10                                        AMITA BAMAN TRACY
                                          Special Assistant U.S. Attorney
11
                                        Attorneys for Defendant
12

13
    OF COUNSEL:
14  LUCILLE GONZALES MEIS
    CHIEF COUNSEL, REGION IX
15  UNITED STATES SOCIAL SECURITY ADMINISTRATION

16

17

18

19

20

21

22

23

24

25

26

27

28
    TRUONG v. Barnhart
    EAJA Stip & Order
    2:05-cv-02571-PAN (JFM)                    **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $6,100.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: December 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Truong.stipord.eajafees.ss.wpd

TRUONG v. Barnhart
EAJA Stip & Order
2:05-cv-02571-PAN (JFM)

**3**